OPINION — AG — ** BOARD OF PUBLIC AFFAIRS — AUTHORITY — JURISDICTION OF THE AGENCY ** OPINION DEALS WITH THE AUTHORITY OF THE STATE BOARD OF PUBLIC AFFAIRS OVER A STATE INSTITUTION (WESTERN OKLAHOMA STATE HOSPITAL) . . . DOES OUR CONTROL CONFLICT WITH OTHER STATE AGENCIES, DEPARTMENTS ? — NEGATIVE (REVOLVING FUND, ADMINISTERED, HOSPITAL) CITE: 74 O.S. 67 [74-67](A), 70 O.S. 1258 [70-1258], OPINION NO. FEBRUARY 23, 1944 — OWENS (FRED HANSEN)